# Third District Court of Appeal
## State of Florida

Opinion filed March 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0868
Lower Tribunal No. 19-2425
_____


**Vincenzo DePau,**
Appellant,

vs.

**The Bank of New York Mellon, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Lisa Walsh, Judge.

The Milian Legal Group, P.A., and David P. Milian, for appellant.

Atlas | Solomon, PLLC, and Eric M. Levine, and Justin E. Hekkanen (Stuart); Liebler, Gonzalez & Portuondo, and Tricia J. Duthiers, for appellees.


Before LINDSEY, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.